UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07CR83 HEA |
| | ) |
| EDWARD J. ELDER, | ) |
| | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Suppress Evidence and Statements, [Doc. 21], Motion to Sever, [Doc. 22], Motion to Dismiss Count I of the Indictment, [Doc. 23], Motion for Order Requiring Compliance with Disclosure of Petite Policy, [Doc. 24], and the Revised Motion to Suppress Evidence and Statements. The Court referred this matter to United States Magistrate Judge Frederick R. Buckles for a report and recommendation pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was held on September 17, 2007 before Judge Buckles. On December 12, 2007, Judge Buckles issued his Report and Recommendation that the motions be denied. No objections to the report and recommendation have been filed.

After careful consideration, the Court will adopt and sustain the sound

reasoning of Judge Buckles as set forth in his December 12, 2007 Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements, [Doc. No. 21], is DENIED.

**IT IS FURTHER ORDERED** that Defendant's Motion to Sever, [Doc. No. 22], is DENIED.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss the Indictment, [Doc. No. 23], is DENIED.

**IT IS FURTHER ORDERED** that Defendant's Motion for Order Requiring Compliance with Disclosure of Petite Policy to Compel, [Doc. No. 24], is DENIED.

**IT IS FURTHER ORDERED** that Defendant's Revised Motion to Suppress Evidence and Statements, [Doc. No. 41], is DENIED.

Dated this 7th day of January, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE